UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN JUDAH MICHALEK,

           Petitioner,

v.

LILLIAN POWERS KAIDA, SHERIFF JOE NOLE, TRACY LAKE,

           Respondent.

CASE NO. 3:19-CV-6023-BHS-DWC

REPORT AND RECOMMENDATION

Noting Date: March 20, 2020

The District Court has referred this action filed under 28 U.S.C. § 2241 to United States Magistrate Judge David W. Christel. Petitioner Brian Judah Michalek, proceeding *pro se* and *in forma pauperis*, filed this federal habeas action on October 9, 2019. *See* Dkt. 1.[1] After reviewing the Petition, the Court declined to serve the Petition, but gave Petitioner an opportunity to show cause why this case should not be dismissed. *See* Dkt. 11. Petitioner was ordered to show cause on or before February 10, 2020. *Id.* The Court warned Petitioner that failure to file an amended

---

[1] Petitioner filed the proposed Petition in a separate case. *See* Case No. 3:19-CV-5605-RJB-TLF. On October 28, 2019, the Honorable Theresa L. Fricke directed the Clerk of Court to file the proposed Petition under a new case number. *See* Dkt. 1-1.

REPORT AND RECOMMENDATION - 1

1 pleading or adequately address the issues identified in the Order would result in the Court
2 recommending dismissal of this action. *Id*.

3     Petitioner has failed to comply with the Court's Order. He has not filed a response to the
4 Order or filed an amended petition. As Petitioner has failed to follow the Court's Order, the
5 Court recommends dismissal of this action without prejudice. The Court also recommends that
6 all pending motions be denied as moot.

7     As Petitioner has not prosecuted this case, the Court finds Petitioner fails to make a
8 substantial showing of the denial of a federal right necessary for a certificate of appealability and
9 finds any appeal would be frivolous and not taken in good faith. The Court, therefore,
10 recommends a certificate of appealability be denied and *in forma pauperis* status be revoked on
11 appeal.

12     Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
13 Procedure, the parties shall have fourteen (14) days from service of this Report to file written
14 objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
15 objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
16 limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on March
17 20, 2020, as noted in the caption.

18     Dated this 28th day of February, 2020.

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2